UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELICIA SAUL,<br><br>  Plaintiff,<br><br>  v.<br><br>LINEAGE LOGISTICS SERVICES LLC, et al.,<br><br>  Defendants.<br><hr>CHARLES MITCHELL,<br><br>  Plaintiff,<br><br>  v.<br><br>LINEAGE LOGISTICS SERVICES, LLC,<br><br>  Defendant. | No. 2:24-cv-01331-DJC-CSK<br><br><br><br><br><br><br><br><br>No. 2:24-cv-02099-DAD-CSK<br><br><br>RELATED CASE ORDER |

Defendant Lineage Logistics Services has filed a notice of related cases in both of the above-captioned actions. Examination of these actions reveals that they are related within the meaning of Local Rule 123(a). Here, "both actions involve similar questions of fact and the same question of law and their assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of judicial effort[,]"

1

and both actions seem to concern substantially overlapping events.  Local Rule 123(a)(3).  Accordingly, the assignment of these matters to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge, it does not consolidate the actions.  Under Rule 123, related cases are generally assigned to the judge to whom the first filed action was assigned.

As a result, it is hereby ORDERED that 2:24-cv-02099-DAD-CSK is reassigned from District Judge Dale A. Drozd to the undersigned.  As Magistrate Judge Chi Soo Kim is assigned to both actions, no reassignment of the Magistrate Judge is necessary.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:24-cv-02099-DJC-CSK.

It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

Dated:  August 20, 2024

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE